RECEIVED
AUG 29 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JACQUELINE DUNN )
)
)
(Name of the plaintiff or plaintiffs) )
v. )
)
THE PALMER HOUSE HILTON )
HILTON HOTELS CORPORATION )
THOR EQUITIES )
(Name of the defendant or defendants) )

CIVIL ACTION

NO. **05C 4967**

JUDGE BUCKLO

MAGISTRATE JUDGE LEVIN

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is JACQUELINE DUNN of the county of COOK in the state of ILLINOIS.

3. The defendant is PALMER HOUSE HILTON, HILTON HOTELS CORP., whose street address is 17 E. MONROE ST. CHICAGO, IL 60603 / 9336 CIVIC CENTER DRIVE BEVERLY HILLS, CA 90210
(city) (county) (state) (ZIP) THOR EQUITIES 139 5th AVE. NEW YORK, NY 10010

(Defendant's telephone number) (312)-726-7500

4. The plaintiff sought employment or was employed by the defendant at (street address)
   17 E. MONROE STREET (city) CHICAGO
   (county) COOK (state) IL (ZIP code) 60603

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.
   
   (b) ☒ was hired and is still employed by the defendant.
   
   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Feb. , (day) 12 , (year) 2005 . (started January 2000)

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is <u>not</u> a federal governmental agency, and the plaintiff *[check one box]* ☐ has ~~not~~ ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) May (day) 12 (year) 2005 .

    (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ **NO, but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant <u>is</u> a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____
    ☐ No, did not file Complaint of Employment Discrimination

    2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

    c. Attached is a copy of the

        a. Complaint of Employment Discrimination,
        ☐ YES ☐ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision
        ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) **MAY** (day) **31** (year) **2005** a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒ <u>failed to stop harassment</u>;

(g)☒ <u>retaliated against the plaintiff</u> because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify):_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

January 2000 to the present I have experienced and reported many incidents of harassment and retaliation by Palmer House Hilton managers — not honoring my seniority in scheduling, not paying me all of my pay, sabotaging my computer voice\work, conspiring and setting me up to fire me, using my personnel file info to slander me, defame my character and commit identity theft and... (see Complaint attachment.)

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)☐ Direct the defendant to hire the plaintiff.

(b)☐ Direct the defendant to re-employ the plaintiff.

(c)☐ Direct the defendant to promote the plaintiff.

(d)☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_stop all harassment and retaliation._

_Enforce Hilton company anti-harassment policy. — (including all disrespect, gossip, slander,...)._

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Jacqueline Dunn_

(Plaintiff's name)

_Jacqueline Dunn_

(Plaintiff's street address)

_9341 S. Yates_

(City) _CHICAGO_   (State) _IL_   (ZIP) _60617_

(Plaintiff's telephone number) (773) - _721-9690_

Date: _August 28, 2005._

1.

# COMPLAINT ATTACHMENT

Reasons plaintiff is suing the defendants:

Nothing has changed in the Palmer House Hilton Communications Department. The work environment is still stressful, hostile and dangerous. Bullies continue to harass, gossip and slander causing discord. (Also my paychecks are still missing money.)

My concerns have not been properly addressed by management and further action is warranted. Department managers LeRoy Brown and Pamela Person have been promoted/rewarded for the unprofessional and awful conduct. Because of their slander and defammation of character, my reputation and church relationships are still damaged. This is not right and is totally unacceptable.

Palmer House Hilton managers have gone too far, (in my personal life)! Their willful and intentional lies caused harm to my reputation on the job and in my church. My minister was told that I have a mental problem, I am a problem employee, I have "angry combative attitude, I am unChristian and that I am a lesbian.

These lies have caused me embarrassment, humiliation, pain and suffering, emotional distress, stress, damage to my reputation and discord/estrangement in my relationships

2.

with my ministers and church members.

Their blatant misuse of my personnel file information and their blatant abuse of their power/authority should not go unpunished. These managers should be held accountable for their actions.

Relief requested by the plaintiff:

1. Compensatory damages. Pay me not to work in your hostile, stressful and dangerous work environment. Also pay me to move because your managers have my personal information.
2. Punitive damages. Pay me for harm caused me because of harassment, lies, slander, defammation of character, stress.
3. Allow plaintiff to inspect her personnel file. Remove lies from plaintiff's personnel file. Clear my name.
4. Give plaintiff a letter of acknowledgement and apology. Acknowledge that harassment and slander did occur and apologize for the harassment and slander. This is needed for closure.

Jacqueline Dunn
August 29, 2005.

Ms. Jacqueline Dunn
8341 S. Yates, Chicago IL 60617
(773) 721-9690

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2005-05052 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Jacqueline Dunn | Home Phone No (Incl Area Code)<br>(773) 721-9690 | Date of Birth<br>12-30-1959 |
|---|---|---|
| Street Address<br>8341 S. Yates Chicago, IL 60617 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>PALMER HOUSE HILTON | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(000) 726-7500 |
|---|---|---|
| Street Address<br>17 E Monroe St, Chicago, IL 60603 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-09-2005  Latest: 05-06-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment at Respondent in 1999. My current position is Telephone Operator. Respondent has knowledge of my disability. Since July 2004, I have been subjected to unequal terms and conditions as it relates to my shift schedule in that I have been scheduled to work on Sundays and third shift, and my seating arrangement, in that I am forced to sit in front of the supervisor. Also, there has been at least two instances in which I have not been paid in a timely manner. Furthermore, my work is being sabotaged, my computer is tampered with and my voice greeting is turned off.

I believe that I have been discriminated because of my disability, in violation of the Americans with Disabilities Act of 1990 and my religion (Christian), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
MAY 1 2 2005
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| May 12, 2005        *[signature: Jacqueline Dunn]*<br>Date                  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: CERTIFIED MAIL NO.: 7099-3400-0014-4046-3738 C/P

Jacqueline Dunn
8341 South Yates
Chicago, Illinois 60617

From:
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661-2511

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2005-05052 | Ms. Patricia Jaramillo, Enforcement Supervisor | (312) 886-3576 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[x] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (*briefly state*) _____

- NOTICE OF SUIT RIGHTS -

[x] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[ ] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

May 24, 2005

*John P. Rowe*, District Director

Enclosures
 Information Sheet
 Copy of Charge
cc: Respondent(s)    Palmer House Hilton

EEOC Form 161 (Test 5/95)



**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
JOHN J BUCHANAN STA
CHICAGO, IL 60617-9998
05/31/05 11:23AM

```
Store    USPS           Trans     38
Wkstn    sys5005        Cashier   B067QC
Cashier's Name          ROZELYNN
Stock Unit Id           SIAROZELYNN
PO Phone Number         773-221-4893
USPS #                  1615420171
```

```
1. Other Mail Pickup              0.00
   Event Code: Delivered

Subtotal                          0.00
Total                             0.00
```

Pickup Date/Time: 05/31/05 11:23AM
Number of Mailpieces Processed: 1

Number of Items Sold: 1

Thank You
Please come again!